IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMETRICE HERRON, | No. 4:23-CV-01996 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| KASEY HARRIS, *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 14th day of June 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 11) to dismiss under Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** in part and **DENIED** in part, as follows:

    a. Plaintiff's Section 1983 Eighth Amendment medical indifference claim against defendant Wellpath, LLC is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

    b. Defendants' motion is **DENIED** in all other respects.

2. The Clerk of Court is directed to terminate defendant Wellpath, LLC.

3. This case shall proceed on the following Section 1983 claim: Eighth Amendment deliberate indifference to serious medical needs against defendant Kacie Harris.

4. Defendant Harris shall respond to the single remaining claim identified in paragraph 3 above as required by Federal Rule of Civil Procedure 15.

           BY THE COURT:

           *s/ Matthew W. Brann*
           Matthew W. Brann
           Chief United States District Judge