IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMETRICE HERRON,<br><br>  Plaintiff,<br><br>  v.<br><br>KASEY HARRIS, *et al.*,<br><br>  Defendants. | No. 4:23-CV-01996<br><br>(Chief Judge Brann) |

# ORDER

**AND NOW**, this 10th day of February 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant Kacie Harris's motion (Doc. 52) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Harris and against plaintiff Demetrice Herron as to Herron's remaining Section 1983 claim of Eighth Amendment deliberate indifference to serious medical needs.

3. The Clerk of Court is further directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge