AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| Demetrice Herron | ) |
|---|---|
| *Plaintiff* | ) |
|  | ) Civil Action No. 4:23-CV-01996 |
| Kasey Harris | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Final Judgment is entered in favor of Harris and against plaintiff Demetrice Herron as to Herron's remaining Section 1983 claim of Eighth Amendment deliberate indifference to serious medical needs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Matthew W. Brann  on
Order granting Motion for Summary Judgment (Doc. 57).

Date: February 10, 2026

CLERK OF COURT

*Emily C. Aikey*
Signature of Clerk or Deputy Clerk